5:22-CV-122-BJB

Patricia Ford vs McCracken Co Jail
Sexual Harassment and
unfair Medical treatment

I fell out ("fainted") and when I came to I had a towel wrapped around my head Officer Stone jerked the towel off of me this is a form of Sexual harassment males are to never touch females Nurse John told guard Jennifer that I have Mrsa/staff they violated my rights by not taking me to the hospital asking for 240,000

Patricia Ford

FILED
JAMES J. VILT, JR. - CLERK
SEP 08 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



Brenda Middleton
400 Clarence Gaines St
Paducah KY 42003
McCracken Co Jail

Federal Courthouse
501 Broadway Suite 127
Paducah, KY 42001

RECEIVED
SEP 08 2022
JAMES J. VILT, JR. - CLERK
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

EVANSVILLE IN 476
6 SEP 2022 PM 1 L